DISMISSED; Opinion issued December 1, 1999



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-99-01696-CV

**JOHN L. GRIFFITHS, JR., LEIGH OPERATING COMPANY,
AND LLOYD PETROLEUM CORPORATION, Appellants**

**V.**

**BABO LOE, Appellee**

On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 97-04013-H

## OPINION PER CURIAM

Before Justices Whittington, Wright, and Bridges

Although appellants filed a notice of appeal with the trial court on August 23, 1999, this Court did not receive a copy of the notice of appeal. Rather, on October 4, 1999, the Court received written notification from the district clerk that the clerk's record had been prepared, but was being held for a tender of $861. By letter dated October 4, 1999, this Court directed appellants to file a completed docketing statement. *See* TEX. R. APP. P. 32. Appellants did not respond. By letter dated November 12, 1999, the Court again directed appellants to file a docketing statement. The letter cautioned appellants that failure to file the docketing statement within ten days would result in dismissal of their appeal without further notice. To date, appellants have not responded.

Therefore, on the Court's own motion, this appeal is **DISMISSED**. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
991696F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN L. GRIFFITHS, JR., LEIGH OPERATING COMPANY, AND LLOYD PETROLEUM CORPORATION, Appellants

No. 05-99-01696-CV     V.

BABO LOE, Appellee

Appeal from the 160th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 97-04013-H).

Opinion delivered per curiam before Justices Whittington, Wright, and Bridges.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that appellants bear the costs of this appeal.

Judgment entered December 1, 1999.


MARK WHITTINGTON
JUSTICE

Appellate Docket No.: _____

Appellate Case Style: __05-99-01696-CV_____

# FIFTH DISTRICT COURT OF APPEALS
## CIVIL APPEAL - DOCKETING STATEMENT
### NOTE: FAILURE TO FILE DOCKETING STATEMENT AS REQUIRED BY TRAP 32.1 MAY RESULT IN DISMISSAL OF THE APPEAL. SEE TRAP 42.3(c).

## PARTIES (TRAP 32.1(a),(e)):

| Appellant(s): Griffiths, John L. Leigh Operating Company and Loyd Petroleum Corporation | Appellee(s): Loe Babo |
|---|---|
| Attorney (Lead Counsel): <br><br> Joe B. Abbey | Attorney (Lead Counsel): <br><br> Jeff Clark |
| Address (Lead Counsel): <br><br> 8528 Baltimore, Suite 201 <br> Dallas, Texas 75225 | Address (Lead Counsel): <br><br> 5830 Alpha Rd. Suite 101 <br> Dallas, Texas 75240 |
| Telephone: (214)739-2337 | Telephone: (972)861-2227 |
| Fax: | Fax: |
| SBN (Lead Counsel): 00789000 | SBN (Lead Counsel): 04286020 |

If not represented by counsel, provide appellant's/appellee's address, telephone number, and fax number. On an attachment, list the same information for any additional parties to the trial court's judgment.

## PERFECTION OF APPEAL (TRAP 32.1(b),(c),(g),(j)):

| Date Order or Judgment Signed: <br><br> July 22, 1999 | Date Notice of Appeal Filed: <br> Aug 23, 1999 <br> If Mailed, Give Date: <br> (Attach File-Stamped Copy of Notice) |
|---|---|
| Appeal From Final Judgment? <br> (Disposes of All Parties & Issues): <br> Yes: [x]   No: [ ] | Interlocutory Appeal of Appealable Order? <br> Yes: [ ]   No: [x] |
| Restricted Appeal Under TRAP 30? <br> Yes: [ ]   No: [x] | |

1

| | Check as Appropriate | Furnish Information as Appropriate |
|---|---|---|
| Accelerated Appeal (Under TRAP 28, or Other Rule or Statute, or Appeal Given Precedence or Priority) | Yes: [ ]   No: [x] | Reason for Acceleration: |
| Temporary or Ancillary Relief | None: [x]<br>Will Request: [ ] | Basis for Request: |

## NATURE OF THE CASE (TRAP 32.1(f)):

Describe Subject Matter (i.e., Personal Injury, Breach of Contract, Temporary Injunction)

Breach of Contract

Posture of Parties at Trial:
Appellant(s): ~~Defendants~~
Appellee(s): ~~Plaintiff~~

## TRIAL COURT AND RECORD (TRAP 32.1(c),(h),(i)):

| Court:  160th District | County:  Dallas | T.Ct. Cause No.:  97-04013-H |
|---|---|---|

| Trial Judge (Who Tried or Disposed of Case): | Court Clerk (District or County Clerk): |
|---|---|
| David G0dbey<br>Telephone:  (214)653-7273<br>Fax:<br>Address:  600 Commerce St.<br>Dallas, Texas 75202-4623 | Donna Boughton<br>Telephone: (214) 653-7273<br>Fax:<br>Address: 600 Commerce St.<br>Dallas, Texas 75202-4623 |

| Clerk's Record | Fee Paid: Yes:[x] No:[ ]<br>Arrangements Made to Pay Fee: Yes:[ ] No:[ ] |
|---|---|

Court Reporter(s) or Court Recorder(s): Shannon Rankin

Telephone Number(s): (214) 653-6938
Fax Number(s): (214)653-6938
Address(es):
160th Dist Ct
600 Commerce St
Dallas, TX 75202-4623

| Reporter's/Recorder's Record (Check if Electronic Recording [ ]) | Yes: [ ]<br>No: [ ]<br>Date Requested: | Fee Paid:Yes:[ ] No:[ ]<br>Arrangements Made to Pay Fee:<br>Yes:[ ] No: [ ] |
|---|---|---|

## SUPERSEDEAS BOND (TRAP 32.1(l)):

| Yes: [ ]   No: [x] | Date Filed: | Amount: |
|---|---|---|

## Actions Extending Timetable (TRAP 32.1(d)):

| Action | Filed<br>Check as Appropriate | Date |
|---|---|---|
| Motion for New Trial | Yes: [ ]   No: [ ] | |
| Motion to Modify Judgment | Yes: [ ]   No: [ ] | |
| Request for Findings of Fact & Conclusions of Law | Yes: [ ]   No: [ ] | |
| Motion to Reinstate | Yes: [ ]   No: [ ] | |
| Other (Specify) | Yes: [ ]   No: [ ] | |

## INDIGENCY OF PARTY (TRAP 32.1(k)):

| Event | Check as Appropriate | | Date |
|---|---|---|---|
| Affidavit Filed | Yes: [ ] | No: [ ] | |
| Contest Filed | Yes: [ ] | No: [ ] | |

| Date Ruling on Contest Due |
|---|

| Ruling on Contest:   Sustained: [ ]   Overruled: [ ] |
|---|

| Attach File-Stamped Copy of Affidavit. |
|---|

## OTHER INFORMATION (TRAP 32.1(m)):

List any other pending or past related appeals or original proceedings before this or any other Texas appellate court by Court, Docket Number, and Style:

| Alternative Dispute Resolution/Mediation |
| --- |
| Was the case mediated in the trial court? If so, please provide the mediator's name, address, telephone number, and fax number.<br><br>NO |
| Has the case been mediated since entry of the final judgment? If so, please provide the mediator's name, address, telephone number, and fax number. |
| Can the parties agree on an appellate mediator? If so, please provide the mediator's name, address, telephone number, and fax number.<br><br>YES |
| If you believe this case is not appropriate for mediation, give specifics why not.<br><br>NONE |
| How was the case disposed of? (Summary Judgment, Trial, Dismissal, etc.)<br><br>Summary Judgment |
| Summary of relief granted, including amount of money judgment, if any, and type of damages awarded.<br><br>$1,005,000. |
| Give brief description of issues to be raised on appeal.<br><br>Settlement |

**NOTE:** If inadequate space has been provided for the information requested, please provide the additional information on an attachment.

4

I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE, ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.


~~Joe B. Abbey~~
Lead Counsel/Pro Se Party

Nov 30, 1999
Date


Representing: ~~Defendants~~


Rev. 9/2/97


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Docketing Statement was served this _30_ day of _November_, 1999 on all parties/attorneys of record listed below (provide name and address of each person served and if person served is party's attorney, list name of party attorney represents) by: (circle one) personal service, mail, commercial delivery service, fax. *See* TRAP 9.5(b).


Lead Counsel/Pro Se Party

5

OFFICIAL CASH RECEIPT

JIM HAMLIN DISTRICT CLERK          COURT 3

TIME 11:11:36                                CH 6 TO V

DATE 12/13/99    CASE NO 97-04013-H    RECEIPT NO 009876

LOE BABO         VS    LOGIT PETROLEUM ETAL

PAYMENT BY CHECK 025756 JOHN GRIFFITHS

TOTAL CHARGES          .00    TOTAL DEPOSITS         500.00


OFFICIAL CASH RECEIPT

JIM HAMLIN DISTRICT CLERK          COURT 3

TIME 11:10:57                                CH 6 TO V

DATE 12/13/99    CASE NO 97-04013-H    RECEIPT NO 009875

LOE BABO         VS    LOGIT PETROLEUM ETAL

PAYMENT BY CHECK 025767 JOHN GRIFFITHS

TOTAL CHARGES          .00    TOTAL DEPOSITS         361.00

CAT 105